**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

**MICHAEL WILLIAMS,**

                      **Petitioner,**

      **v.**                                              **CASE NO. 22-3081-JWL-JPO**

**DON LANGFORD,**

                      **Respondent.**

### MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner Michael Williams' status report, filed on November 15, 2022. (Doc. 23.) Petitioner advises the Court that his motion to recall mandate has been filed with the Kansas Court of Appeals (KCOA) and the State of Kansas has yet to file its response to the motion. As of the date of this order, the online records of the Kansas appellate courts reflect that the KCOA has granted the State's motion for extension of time to respond to the motion to recall mandate. The response is currently due on December 7, 2022. *See* Kansas Appellate Courts Online Records, Case No. 118,539.

In light of this information, the Court will direct Petitioner to file a written status report on or before January 17, 2023, advising the Court of the status of his state court proceedings. If the KCOA issues a ruling on the motion to recall mandate prior to January 17, 2023, Petitioner is directed to so notify this court, by written status report, as soon as possible. In that case, the status report must inform this Court of the KCOA's ruling and, if possible, Petitioner should provide this Court with a copy of the ruling. If the KCOA denies the motion, Petitioner should advise this Court whether he intends to pursue Kansas Supreme Court review of the denial. After receipt of the status report, the Court will issue further orders in this matter as necessary.

**IT IS THEREFORE ORDERED** that Petitioner is directed to file a written status report containing the information described in this order as soon as possible after the KCOA rules on his motion to recall mandate or, at the latest, on or before January 17, 2023.

**IT IS SO ORDERED.**

DATED:   This 15th day of November, 2022, at Kansas City, Kansas.


S/ John W. Lungstrum

JOHN W. LUNGSTRUM
United States District Judge