IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHAEL WILLIAMS,

                          Petitioner,

      v.                                             CASE NO. 22-3081-JWL-JPO

DON LANGFORD,

                          Respondent.

## MEMORANDUM AND ORDER

This matter comes before the Court on Petitioner Michael Williams' status report, filed on January 11, 2023. (Doc. 25.) Petitioner advises the Court that the Kansas Court of Appeals denied his motion to recall the mandate on December 12, 2022, but he only learned of the denial in a letter from the Chief Deputy Clerk of the Kansas Appellate Courts dated December 27, 2022. (Docs. 25, 25-1, p. 1.) Petitioner has requested from the state court clerk a copy of the order denying the motion and information on whether a copy previously was sent to him. (Doc. 25-1, p. 2.) He advises this Court that he will file a copy of the order with this Court as soon as possible and that he intends to file a petition for review with the Kansas Supreme Court. (Doc. 25.)

In light of this information, the Court will direct Petitioner to file a copy of the order denying the motion to recall mandate as soon as possible after he receives the same from the Kansas state courts. In addition, the Court will direct Petitioner to file a written status report on or before April 11, 2023, advising the Court of the status of his state court proceedings. In the meantime, if Petitioner decides not to file a petition for review or if he files a petition for review and the Kansas Supreme Court denies or dismisses it, Petitioner should so notify this court, by written status report, as soon as possible. Once Petitioner's state court proceedings are concluded, this Court will issue further orders in this matter as necessary.

**IT IS THEREFORE ORDERED** that Petitioner is directed to file a copy of the order denying his motion to recall mandate as soon as possible. Petitioner is further directed to file a written status report at the conclusion of his state court proceedings or on or before April 11, 2023, whichever occurs first.

**IT IS SO ORDERED.**

DATED:   This 11th day of January, 2023, at Kansas City, Kansas.


S/ John W. Lungstrum

JOHN W. LUNGSTRUM
United States District Judge